UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:

CASE NO. 02-00832-GCP

WELLS, MANDEL LOUIS
WELLS, SHEILA PERRY

Debtor(s)

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

LARRY EDMONDSON, Trustee, of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. Section 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks and the last known address of the payees are:

| Name | Address | Amount |
|---|---|---|
| Centennial Medical Center | c/o NCO Financial<br>P.O. Box 24850<br>Nashville, TN 37202 | $5.23 |
| Heritage Medical Center | c/o Fox Collection<br>P.O. Box 520<br>Goodlettsville, TN 37070 | $13.54 |
| Sherman Acquisition LP | c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greensville, SC 29603 | $20.48 |
| Dillard National Bank | P.O. Box 52051<br>Phoenix, AZ 85072 | $115.90 |

2. The Trustee's check for $155.15, payable to the Clerk of the U.S. Bankruptcy Court, will be delivered to the Clerk.

Respectfully submitted,

/s/ LARRY EDMONDSON
LARRY EDMONDSON, Trustee
BPR 5601
800 BROADWAY, 3RD FLOOR
NASHVILLE TN 37203
(615) 254-3765
(615) 254-2072 (fax)
larry@edmondsonlaw.com